# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| NFINITYLINK COMMUNICATIONS, INC. | )<br>)<br>) |
| **Plaintiff** | ) Civil Action No. 6:20-CV-00208-KKC<br>) |
| v. | )<br>) |
| THE CITY OF MONTICELLO, KENTUCKY; THE CITY COUNCIL OF THE CITY OF MONTICELLO; AND COMMUNITY TELECOM SERVICES | )<br>)<br>)<br>)<br>) *FILED ELECTRONICALLY* |
| **Defendants** | )<br>)<br>) |

## JOINT MOTION FOR A STAY OF PROCEEDINGS

\*\*\*     \*\*\*     \*\*\*     \*\*\*     \*\*\*

Plaintiff, NfinityLink Communications, Inc., Defendant, The City of Monticello, Kentucky, and Defendant, The City Council of The City of Monticello,[1] are currently engaged in negotiations that could, if successful, result in this lawsuit being dismissed. In order to facilitate these negotiations, the parties jointly request a forty-five day stay of proceedings and entry of the order tendered herewith.

---

[1] The City Council of the City of Monticello contends that it is not a legal entity and cannot sue or be sued. The City of Monticello and Monticello City Council reserve all arguments as to the viability of claims asserted against "The City Council of The City of Monticello."

1

Respectfully submitted,

/s/ Drake W. Staples
Robert E. Maclin, III, Esq.
Drake W. Staples, Esq.
McBrayer PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
(859) 231-8780
remaclin@mcbrayerfirm.com
dstaples@mcbrayerfirm.com
*Counsel for Defendant, The City of Monticello, Kentucky and Defendant, The City Council of The City of Monticello*

and

/s/ William L. Montague, Jr.
William L. Montague, Jr., Esq.
Montague Law PLLC
110 West Vine Street, Suite 300
Lexington, Kentucky 40507
(859) 423-1100
will.montague@wmlex.com

Daniel P. Reing, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20004
(202) 434-7450
dpreing@mintz.com
*Counsel for Plaintiff, NfinityLink Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2021, a true and correct copy of the foregoing was served electronically with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Drake W. Staples