UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| NFINITYLINK COMMUNICATIONS, INC., | |
| PLAINTIFF, | |
| v. | CIVIL ACTION NO. 6:20-CV-00208-KKC |
| THE CITY OF MONTICELLO, KENTUCKY AND THE CITY COUNCIL OF THE CITY OF MONTICELLO, KENTUCKY | ***ELECTRONICALLY FILED*** |
| DEFENDANTS. | |

**AGREED ORDER OF DISMISSAL**

Pursuant to a confidential settlement agreement by and between NfinityLink Communications, Inc., the City of Monticello, Kentucky, and the City Council of the City of Monticello, Kentucky, and as evidenced by the signatures of counsel appearing below, the parties hereto agree to the dismissal, with prejudice, of all claims in this case. Therefore, the Court hereby orders that all claims herein are DISMISSED WITH PREJUDICE, with all costs and expenses related to this litigation to be solely borne by the party incurring same.

So ordered this __21st__ day of March 2022.

Have Seen and Agreed to be Entered:

/s/ William L. Montague, Jr.
William L. Montague, Jr.
MONTAGUE LAW PLLC
110 West Vine Street, Suite 300
Lexington, Kentucky 40507
(859) 423-1100
will.montague@wmlex.com

Daniel P. Reing
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
701 Pennsylvania Ave. NW, Suite 900
Washington D.C. 20004
(202) 434-7450
DPReing@mintz.com

*Counsel for Plaintiff*

/s/ Drake W. Staples
Drake W. Staples
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
(859) 226-2298
dstaples@stites.com

*Counsel for Defendants*



*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY